# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINE MOUSER, individually and on behalf of similarly situated individuals, ) ) ) | |
| Plaintiff, ) ) | Case No. 21-cv-06478 |
| v. ) ) | Hon. Joan B. Gottschall |
| PERSONA IDENTITIES, INC., a Delaware corporation, ) ) ) | |
| Defendant. ) | |

## DISCLOSURE OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the United States District Court of the Northern District of Illinois, the undersigned counsel for Persona Identities, Inc. states that it has no publicly held affiliates. Persona Identities, Inc. is a privately held corporation.

Dated: December 3, 2021

PERSONA IDENTITIES, INC.

By: /s/ Amy L. Lenz
Amy L. Lenz (alenz@bakerlaw.com)
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606-2841
Telephone: (312) 416-6200

Joel Griswold (jcgriswold@bakerlaw.com)
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4088

*Counsel for Defendant*

4893-9299-3029.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that she caused a true copy of the foregoing Disclosure of Affiliates to be served on counsel of record via email on December 3, 2021, to:

Jordan R. Frysinger
Timothy P. Kingsbury
Colin P. Buscarini
McGuire Law, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
jfrysinger@mcgpc.com
tkingsbury@mcgpc.com
cbuscarini@mcgpc.com

/s/ Amy L. Lenz