# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINE MOUSER, individually and on behalf of similarly situated individuals, ) ) ) | |
| Plaintiff, ) | Case No. 21-cv-06478 |
| ) | |
| v. ) | Hon. Joan B. Gottschall |
| ) | |
| PERSONA IDENTITIES, INC., a Delaware corporation, ) ) ) | |
| Defendant. ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Persona Identities, Inc. ("Persona") respectfully moves the Court for a thirty-day extension of time for Persona to move, answer, or otherwise respond to Plaintiff's Complaint, from December 10, 2021, through and including January 10, 2022.

Persona is currently due to move, answer, or otherwise respond to Plaintiff's Complaint on December 10, 2021. Persona recently retained undersigned counsel, and undersigned counsel requires additional time to investigate and fully prepare its response to Plaintiff's Complaint.

Neither party will be prejudiced by this request. This is Persona's first request for an extension of time. Counsel for Plaintiff consents to this motion.

Accordingly, Persona respectfully requests that the Court grant a thirty-day extension of time for Persona to move, plead, or otherwise respond to the Complaint, through and including January 10, 2022.

Dated: December 6, 2021

PERSONA IDENTITIES, INC.

By: /s/ Amy L. Lenz
Amy L. Lenz (alenz@bakerlaw.com)
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 4500

4890-1303-2709.1

Chicago, Illinois 60606-2841
Telephone: (312) 416-6200

Joel Griswold (jcgriswold@bakerlaw.com)
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4088

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that she caused a true copy of the foregoing Motion for Extension of Time to Respond to Plaintiff's Complaint to be served on counsel of record via email on December 6, 2021, to:

Jordan R. Frysinger
Timothy P. Kingsbury
Colin P. Buscarini
McGuire Law, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
jfrysinger@mcgpc.com
tkingsbury@mcgpc.com
cbuscarini@mcgpc.com

/s/ Amy L. Lenz