UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Christine Mouser, )<br>)<br>      Plaintiff(s), )<br>)<br>   v. )<br>)<br>)<br>)<br>Persona Identities, et al, )<br>)<br>      Defendant(s). | Judge Joan B. Gottschall<br><br>Case No. 21 cv 6478 |

## **ORDER**

An initial status report and, if appropriate, case management plan is due on or before January 5, 2022. In conformity with General Order 21-0027 and due to the need for social distancing during the COVID-19 pandemic, this court is ordering written status reports instead of routine oral status hearings. This includes initial status hearings and scheduling conferences under Fed. R. Civ. P. 16(b). See Judge Gottschall's website for the procedure for requesting a hearing and for requirements for status reports and discovery plans during the COVID-19 pandemic.

No Rule 26(f) discovery plan should be submitted until all plaintiffs have been served. If all plaintiffs have not been served by the deadline for filing an initial status report, the report should so state and propose a deadline for filing a discovery plan.

The parties are directed to discuss settlement and whether they consent to proceed before the Magistrate Judge. They are further directed to meet and confer regarding a proposed discovery plan. See Judge Gottschall's civil case management packet regarding pretrial case management procedures at: http://www.ilnd.uscourts.gov.

ENTER:

                                                                  /s/
                                     JOAN B. GOTTSCHALL
                                   United States District Judge

DATED: December 6, 2021