# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Christine Mouser

                      Plaintiff,

v.                                                 Case No.: 1:21−cv−06478

                                                          Honorable Joan B. Gottschall

Persona Identities, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 8, 2021:

       MINUTE entry before the Honorable Joan B. Gottschall: Defendant's unopposed motion (No. [6]) for an extension to and including 1/10/2022 of its deadline to answer or otherwise respond to plaintiff's complaint is granted. The deadline to file a joint initial status report is extended to and including 1/31/2022. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.