IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE MOUSER, individually and on behalf of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 21-cv-06478 |
| v. | ) ) | Hon. Joan B. Gottschall |
| PERSONA IDENTITIES, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

This case is a proposed class action alleging violations of the Biometric Information Privacy Act ("BIPA"). Defendant is preparing to file its motion to dismiss and memorandum of law in support of its motion to dismiss Plaintiff Christine Mouser's ("Plaintiff") Complaint. [Dkt. 1]. Defendant's memorandum of law in support of its motion to dismiss will exceed the 15-page limit set by Local Rule 7.1, by seven (7) pages. The reason is that Defendant's Motion presents multiple distinct arguments including challenging the extraterritorial effect of BIPA under these circumstances, the applicability of BIPA to Defendant's conduct, the sufficiency of Plaintiff's allegations, the BIPA notice provided by Defendant, and the constitutionality of the BIPA. Counsel for Plaintiff does not oppose this motion.

WHEREFORE, Defendant requests leave to file its memorandum of law in support of its motion to dismiss with an additional seven (7) pages.

| | |
|---|---|
| Dated: January 6, 2022 | PERSONA IDENTITIES, INC. |
| | By: /s/ Amy L. Lenz |
| | Amy L. Lenz (alenz@bakerlaw.com) |

4896-1657-2681.1

**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606-2841
Telephone: (312) 416-6200

Joel Griswold (jcgriswold@bakerlaw.com)
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4088

*Attorneys for Persona Identities, Inc.*

4896-1657-2681.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that she caused a true copy of the foregoing to DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT to be served on counsel of record via ECF on January 6, 2022, to:

Jordan R. Frysinger
Timothy P. Kingsbury
Colin P. Buscarini
McGuire Law, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
jfrysinger@mcgpc.com
tkingsbury@mcgpc.com
cbuscarini@mcgpc.com

/s/ Amy L. Lenz

4896-1657-2681.1