IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE MOUSER, individually and on behalf of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 21-cv-06478 |
| v. | ) ) | Hon. Joan B. Gottschall |
| PERSONA IDENTITIES, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF UNOPPOSED MOTION**

TO: See Attached Certificate of Service

PLEASE TAKE NOTICE that on January 7, 2022, at 9:30 a.m., we shall appear before Judge Joan B. Gottschall of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, remotely, and shall then and there present DEFENDANT'S UNOPPOSED MOTION TO FILE OVERSIZED BRIEF, a copy of which is attached hereto and hereby served upon you.

Dated: January 6, 2022

PERSONA IDENTITIES, INC.

By: /s/ Amy L. Lenz
Amy L. Lenz (alenz@bakerlaw.com)
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606-2841
Telephone: (312) 416-6200

Joel Griswold (jcgriswold@bakerlaw.com)
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4088

*Attorneys for Persona Identities, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that she caused a true copy of the foregoing to DEFENDANT'S NOTICE OF UNOPPOSED MOTION TO FILE UNOPPOSED MOTION TO FILE OVERSIZED BRIEF to be served on counsel of record via ECF on January 6, 2022, to:

Jordan R. Frysinger
Timothy P. Kingsbury
Colin P. Buscarini
McGuire Law, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
jfrysinger@mcgpc.com
tkingsbury@mcgpc.com
cbuscarini@mcgpc.com

/s/ Amy L. Lenz

4858-8822-9641.2