# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Christine Mouser
                        Plaintiff,

v.                                              Case No.: 1:21−cv−06478
                                                     Honorable Joan B. Gottschall

Persona Identities, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 6, 2022:

      MINUTE entry before the Honorable Joan B. Gottschall: Defendant's unopposed motion (No. [12]) for leave to file a 22−page memorandum of law in support of its anticipated motion to dismiss the complaint is granted. The presentment hearing noticed for 1/7/2022 is stricken. Counsel are reminded that in−person presentment hearings have been suspended due to the ongoing COVID−19 pandemic. See N.D. Ill. Gen. Order No. 21−27 2 (suspending LR 5.3(b)). Defendant states that it intends to raise a constitutional challenge to an Illinois statute. If defendant raises such a challenge, it must comply with the notice requirements of Fed. R. Civ. P. 5.1. Mailed notice(mjc, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.