IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE MOUSER, individually and on behalf of similarly situated individuals,<br><br>  Plaintiff,<br><br>v.<br><br>PERSONA IDENTITIES, INC., a Delaware corporation,<br><br>  Defendant. | Case No. 21-cv-06478<br><br>Hon. Joan B. Gottschall |

**DECLARATION OF ELIZABETH CHIU**

I, Elizabeth Chiu, declare as follows:

  1.  This declaration is based on my personal knowledge and my review of records maintained in the ordinary course of business. I am over the age of 18 and would be competent to testify to the information in this declaration at a trial or hearing in this matter.

  2.  I am an Identity Associate at DoorDash, Inc. ("DoorDash"). I have held my current position since July 6, 2021 and have been employed by DoorDash since May 26, 2020. By virtue of my position, I am familiar with DoorDash's operations and the process for independent contractor couriers (known as "Dashers") to sign up.

  3.  Christine Mouser completed the process of signing up to be a Dasher between late August and early September 2021.

  4.  During Ms. Mouser's DoorDash sign up, Ms. Mouser was presented with the following screen:



A true and correct copy of the DoorDash Privacy Policy in effect when Ms. Mouser completed the sign-up process is attached hereto as Exhibit 1.

5. Following the screen above, Ms. Mouser provided a copy of her Illinois Driver's License and a selfie liveness video of her face as part of the sign-up process for identity verification.

6. Ms. Mouser thereafter selected "Continue" and completed the sign-up process.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 10, 2022

DocuSigned by:
*Elizabeth Chiu*
4C3ED7AD7B1F48A...

Elizabeth Chiu

4893-9123-9176.1