# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINE MOUSER, individually and on behalf of similarly situated individuals, ) ) ) Plaintiff, ) ) v. ) ) PERSONA IDENTITIES, INC., a Delaware ) corporation, ) ) Defendant. ) | Case No. 21-cv-06478<br><br>Hon. Joan B. Gottschall |

## NOTICE OF CONSTITUTIONAL QUESTION

TO: Kwame Raoul
Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 5.1(a)(1)(B), that Defendant Persona Identities, Inc.'s Motion to Dismiss Plaintiff's Complaint questions the constitutionality of Illinois' Biometric Information Privacy Act, 740 ILCS 14/1 *et seq.* Specifically, Persona Identities, Inc. argues that BIPA is an unconstitutional restraint on speech in violation of the First Amendment of the United States Constitution. A copy of Persona Identities, Inc.'s Motion to Dismiss and Memorandum of Law in Support of Its Motion are attached hereto, and service has been made upon the Illinois Attorney General.

Dated: January 10, 2022

PERSONA IDENTITIES, INC.

By: /s/ *Amy L. Lenz*

Amy L. Lenz
alenz@bakerlaw.com
BAKER & HOSTETLER LLP

4890-3902-4649.1

2

One North Wacker Drive, Suite 4500
Chicago, Illinois 60606-2841
Telephone: (312) 416-6200

Joel Griswold
jcgriswold@bakerlaw.com
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
Telephone: (407) 649-4088

*Counsel for Defendant*

4890-3902-4649.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that she filed and served the foregoing document via the Court's CM/ECF system, which will send notice of the filing to all counsel of record. Parties may access the filing through the Court's CM/ECF system. Parties and interested persons may access this filing through the Court's system. A copy of the foregoing and Persona Identities, Inc.'s Motion to Dismiss and Memorandum in Support of Its Motion were also sent by certified mail to:

Kwame Raoul
Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601

                                                              Amy L. Lenz

4890-3902-4649.1