### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Christine Mouser
                    Plaintiff,

v.                                                    Case No.: 1:21−cv−06478
                                                      Honorable Joan B. Gottschall

Persona Identities, Inc.
                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 11, 2022:

    MINUTE entry before the Honorable Joan B. Gottschall: Defendant's motion to dismiss the complaint (No. [15]) is briefed as follows: response due: 2/2/2022; reply due: 2/16/2022. The deadline of 1/31/2022 to file an initial status report is stricken. The court will rule by mail on the motion to dismiss and set a further date, if necessary, when it rules. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.