## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SHERYL MAGUIN, individually and on behalf of similarly situated individuals, | ) ) ) | |
| *Plaintiff,* | ) ) | No. 21-cv-06478 |
| v. | ) ) | Hon. Joan B. Gottschall |
| PERSONA IDENTITIES, INC., a Delaware corporation, | ) ) ) ) | |
| *Defendant.* | ) | |

## NOTICE OF FILING

Plaintiff Sheryl Maguin, through her undersigned counsel, hereby gives notice that, on January 31, 2022, Plaintiff filed a First Amended Complaint ("Amended Complaint") (Dkt. 18). Plaintiff's Amended Complaint was filed as of right, pursuant to Fed. R. Civ. P. 15(a)(1), as it was filed within 21 days of the filing of Defendant's pending motion to dismiss (Dkt. 15). The Amended Complaint substitutes Plaintiff Maguin for the prior plaintiff as the representative of the putative class, and Plaintiff submits that the filing of the Amended Complaint has the effect of mooting Defendant's pending motion to dismiss.

Dated: January 31, 2022

Respectfully submitted,

SHERYL MAGUIN, individually and on behalf of similarly situated individuals

By: /s/ Timothy P. Kingsbury
  *One of Plaintiff's Attorneys*

Timothy P. Kingsbury
Colin P. Buscarini
Jordan R. Frysinger
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002

1

tkingsbury@mcgpc.com
cbuscarini@mcgpc.com
jfrysinger@mcgpc.com

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 31, 2022, I caused the foregoing *Notice of Filing* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Timothy P. Kingsbury