# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sheryl Maguin, et al.

                         Plaintiff,

v.                                             Case No.: 1:21−cv−06478
                                                      Honorable Joan B. Gottschall

Persona Identities, Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 1, 2022:

       MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff has exercised her right to file an amended complaint (No. [18]) as a matter of course and filed a notice (No. [19]) asserting that defendant's motion to dismiss the original complaint is moot. Although another plaintiff has been substituted for the original plaintiff, the amended complaint appears, upon initial review, to be very similar to the original, and the court cannot determine whether the motion to dismiss is indeed moot. Briefing on the motion (No. [15]) to dismiss is therefore suspended. The parties are directed to file a status report on or before 2/3/2022 indicating whether they agree that the motion to dismiss is moot. The parties must also propose a schedule either to brief mootness and/or to answer or respond to the amended complaint. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.