# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Christine Mouser, et al. v Persona Identities, Inc.

Case Number: 21 cv 06478

An appearance is hereby filed by the undersigned as attorney for:
Defendant, Persona Identities, Inc.

Attorney name (type or print): Bonnie Keane DelGobbo

Firm: Baker & Hostetler LLP

Street address: One N. Wacker Drive, Suite 4500

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6309394
(See item 3 in instructions)

Telephone Number: 312-416-8185

Email Address: bdelgobbo@bakerlaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 2, 2022

Attorney signature: S/ Bonnie Keane DelGobbo
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015