IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHERYL MAGUIN, individually and on Behalf of similarly situated individuals, <br><br> Plaintiff, <br><br> PERSONA IDENTITIES, INC., a Delaware corporation, <br><br> Defendant. | NO. 21-cv-06478 <br><br> Hon. Joan B. Gottschall |

**JOINT STATUS REPORT**

Pursuant to the Court's order issued on February 1, 2022, the parties hereby submit the following Joint Status Report:

1. Defendant agrees to withdraw its Motion to Dismiss Plaintiff's Complaint filed on January 10, 2022, but reserves all arguments set forth in its Motion and intends to raise additional defenses in a Motion to Dismiss the First Amended Complaint filed by the new Plaintiff.

2. Defendant will file its Motion to Dismiss the First Amended Complaint by February 22, 2022.

Dated: February 3, 2022

**SHERYL MAGUIN**

By: /s/ David Gerbie

Timothy P. Kingsbury
Colin P. Buscarini
Jordan R. Frysinger
David Gerbie
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
tkingsbury@mcgpc.com
cbuscarini@mcgpc.com
jfrysinger@mcgpc.com
dgerbie@mcgpc.com

*Attorneys for Plaintiff*

|  |  |
|---|---|
| Dated: February 3, 2022 | **PERSONA IDENTITIES, INC.** |
|  | By: /s/ Amy L. Lenz |

Bonnie Keane DelGobbo
Amy L. Lenz
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606
(312) 416-6200 (phone)
(312) 416-6201 (fax)
bdelgobbo@bakerlaw.com
alenz@bakerlaw.com

Joel Griswold (SBN 6277574)
**BAKER & HOSTETLER LLP**
SunTrust Center
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
(407) 649-4088
jcgriswold@bakerlaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Joint Status Report** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Timothy P. Kingsbury
>Colin P. Buscarini
>Jordan R. Frysinger
>MCGUIRE LAW, P.C.
>55 W. Wacker Drive, 9th Fl.
>Chicago, IL 60601
>Tel: (312) 893-7002
>tkingsbury@mcgpc.com
>cbuscarini@mcgpc.com
>jfrysinger@mcgpc.com

/s/ Amy L. Lenz