# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sheryl Maguin, et al.
                            Plaintiff,

v.                                     Case No.: 1:21−cv−06478
                                                        Honorable Joan B. Gottschall

Persona Identities, Inc.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 4, 2022:

      MINUTE entry before the Honorable Joan B. Gottschall: By agreement of the parties (No. [23]), defendant's motion (No. [15]) to dismiss the original complaint is withdrawn. Defendant's anticipated motion to dismiss the first amended complaint is briefed as follows: motion due: 2/22/2022; response due: 3/15/2022; reply due: 3/29/2022. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.