# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SHERYL MAGUIN, individually and on Behalf of similarly situated individuals, ) ) ) Plaintiff, ) ) PERSONA IDENTITIES, INC., ) a Delaware corporation, ) ) Defendant. ) | NO. 21-cv-06478 Hon. Joan B. Gottschall |

## DECLARATION OF CHRISTINA KIM

I, Christina Kim, declare as follows:

1. This declaration is based on my personal knowledge and my review of records maintained in the ordinary course of business. I am over the age of 18 and would be competent to testify to the information in this declaration at a trial or hearing in this matter.

2. I am the COO at Persona Identities, Inc. ("Persona"). I have held my current position since February 2019 and have been employed by Persona since February 2019. By virtue of my position, I am familiar with Persona's software contracts and Persona's clients.

3. Persona did not provide any services, including use of Persona's Application Programming Interface ("API"), to DoorDash, Inc. ("DoorDash") in 2019.

4. Since providing its services to DoorDash, Persona has only used Persona's API on *new* DoorDash delivery driver applicants. DoorDash delivery drivers who were existing drivers prior to DoorDash using Persona's API did not resubmit photographs or driver's licenses through Persona's API after DoorDash started using Persona's API.

5. Since providing services to DoorDash, Persona has not provided any re-verification services for DoorDash delivery drivers.

6. Persona does not have any record of a "Cassandra Boyle."

7.  Persona does not have any record of a "Katie Simms." Persona does have a record of a "Katherine Simms," but not in relation to an Illinois ID or Illinois IP address.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/22/2022 | 8:32 AM PDT
_____

DocuSigned by:
*christie kim*
A014F69F2A294BE...
Christina Kim
COO
Persona Identities, Inc.