# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTINE MOUSER, individually and on behalf of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 21-cv-06478 |
| v. | ) ) | Hon. Joan B. Gottschall |
| PERSONA IDENTITIES, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF KRISTA ROEHRMAN IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT**

I, Krista Roehrman, declare as follows:

1. This declaration is based on my personal knowledge and my review of records maintained in the ordinary course of business. I am over the age of 18 and would be competent to testify to the information in this declaration at a trial or hearing in this matter.

2. I am a Supervisor of Marketplace Quality at DoorDash, Inc. ("DoorDash"). I have held my current position since June 2021. By virtue of my position, I am familiar with DoorDash's operations and the process for independent contractor couriers (known as "Dashers") to sign up for Dasher accounts. I am also familiar with DoorDash's records of individuals who have signed up for Dasher accounts.

3. DoorDash has no record of an Illinois resident named Cassandra Boyle signing up for a Dasher account in 2019.

4. DoorDash has no record of an Illinois resident named Katie Simms signing up for a Dasher account in July 2021.

DocuSign Envelope ID: 321CE789-10E0-4B74-B4Z3-BA33E37480DD

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March <u>29</u>, 2022

DocuSigned by:

*Krista Roehrman*
FC653B64DE8B43A...
_____

Krista Roehrman