## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sheryl Maguin, et al.
        Plaintiff,

v.               Case No.: 1:21−cv−06478
              Honorable Joan B. Gottschall

Persona Identities, Inc.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 11, 2022:

  MINUTE entry before the Honorable Joan B. Gottschall: Enter order denying plaintiff's motion [26] for leave to file a second amended complaint. In accordance with the order, the parties have until and including 5/25/2022 to tell the court any reason why this case should not be dismissed for want of Article III standing and this case should not be remanded to state court for lack of subject matter jurisdiction. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.