# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sheryl Maguin, et al.

                    Plaintiff,

v.                                                  Case No.: 1:21−cv−06478

                                                    Honorable Joan B. Gottschall

Persona Identities, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 7, 2022:

       MINUTE entry before the Honorable Joan B. Gottschall: Enter order remanding this case under 28 U.S.C. § 1447(c) to the Circuit Court of Will County, Illinois, for lack of Article III standing. In accordance with the order, defendant's motions (Document Nos. [25] and [34]) to dismiss the first amended complaint on the merits are denied without prejudice to renewal in state court. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.