

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton 312-435-5670
Clerk

Date 6/8/2022

Circuit Court of Will County, Illinois
12th Judicial Circuit Court

Re: Mouser v. Persona Identities, Inc.

USDC Case Number: 1:21-cv-06478

Other Court Case Number: 2021L000816

Dear Clerk:

A certified copy of an order entered on 6/7/2022, by the Honorable Joan B. Gottschall remanding the above-entitled case back to the Circuit Court of Will County - 12th Judicial Circuit Court, is herewith transmitted to you for your files.

                                          Sincerely,

                                          Thomas G. Bruton, Clerk

                                          By: /s/ Jennifer Kuldanek
                                                     Deputy Clerk

Enclosure(s)
cc: Counsel of record

Rev. 10/05/2016